FROM: MARK J. WILKENS # 72650-066

TO: THE HONORABLE JUDGE CYNTHIA RUFE

**RECEIVED**

AUG 24 2016

15 520

USA - v- Wilkens

YOUR HONOR, JUDGE RUFE:

I WRITE TO YOU AS A HUMBLE CHILD OF GOD, A BORN AGAIN CHRISTIAN, AND A MAN OF FAITH, TO SAY HOW SORRY I AM SORRY, I HAVE REPENTED FOR THE THINGS I HAVE DONE IN THE SIGHT OF MAN AND GOD. I ASK FOR YOUR FORGIVENESS, AS JESUS HAS DONE ON THE CROSS FOR ALL OF OUR SINS.

I HAVE BECOME A CHANGED PERSON IN MY THOUGHTS, AND ALSO MENTALLY AND EMONTIONALLY SINCE FINDING THE LORD. BEING AROUND MY FELLOW BROTHERS IN CHRIST, ABRAHAM MEDINA, AND EDDIE WRIGHT, I HAVE BECOME AN EVEN MORE THOUGHTFUL AND CARING PERSON.

UPON MY RELEASE, I PLAN TO CONTINUE TO DO THE LORDS WORK, HELPING MY FAMILY, FRIENDS, CHURCH, AND COMMUNITY, AND ALSO TO SPREAD HIS WORD AND PRAISES FOR THE REST OF MY LIFE. I WILL CONSTANTLY BE ON GUARD TO KEEP MYSELF FREE FROM SIN.

MY BELIEF, FAITH, AND HOPE KEEP ME ON WATCH FOR MY MIRACLES FROM GOD.

I PRAY THAT YOU CAN FIND COMPASSION AND MERCY FOR ME, ONE OF GODS CHILDREN.

I'M SO VERY SORRY FOR THE MISTAKES I'VE MADE, BUT BY FOLLOWING GODS PATH, JESUS' FORGIVENESS, AND ALSO YOUR FORGIVENESS, I WILL BECOME THE BEST PERSON THAT I CAN BE.

I PRAY FOR YOU JUDGE RUFE, AND EVERYONE INVOLVED IN MY CASE, THANKS BE TO GOD.

YOURS IN CHRIST

Mark J. Wilkens

D-1