# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL ACTION NO. 15-520** |
| : | **CIVIL ACTION NO. 17-3077** |
| **MARK WILKENS** : | |
| : | |

## ORDER

**AND NOW,** this 29th day of November 2018, upon careful and independent consideration of Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Doc. No. 40], and the Government's Motion to Dismiss Petition Under 28 U.S.C. § 2255 [Doc. No. 44], to which no response was filed, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendant's ineffective assistance of counsel claim is **DENIED with prejudice** on its merits and without an evidentiary hearing;
2. The Government's Motion to Dismiss [Doc. No. 44] is **GRANTED** as to all other claims, which are **DISMISSED WITH PREJUDICE** as barred by the collateral attack waiver in the plea agreement;
3. A certificate of appealability **SHALL NOT** issue, in that the Defendant has not demonstrated that reasonable jurists would debate the correctness of this procedural ruling;[1] and
4. The Clerk is directed to **CLOSE** this case.

It is so **ORDERED**.

                                                                **BY THE COURT:**

                                                                **/s/ Cynthia M. Rufe**

                                                                _____

                                                               **CYNTHIA M. RUFE, J.**

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).