15-520
USA v. Wilkens

7/25/21

Dear Honorable Judge Rufe

I am a child of God

I am not the same person that I was except for the good, helping others in need. I go to Bible study and prayer meetings every day. I am a child of God. I am no danger to anyone or society.

I lay in bed most of the day with my Parkenson disease and liver cancer which may be ~~terminal~~ terminal, praying to God and asking Him, in the name of His son, Jesus Christ to help make my compassionate release come true. I repent for what I've done with great remorse.

When released, I will live with my 93 year old mom, taking care of her and her home. I also have a sister, who is a nurse, to take care of all my medical needs. I have enough funds to get my own insurance. Due to my failing health, I would like to spend my remaining time with my mom

I aplied for my compassionate release in January. It has to go through all the people from my doctor, lawyer, BOP, Washington, and you.

When the BOP contacts you about me, please find it in your heart, mercy and compassion to please help me get home to my mom.

Thank You
God Bless You

Mark Wilkens

MARK WILKENS  72650-066

Name:   Number:
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
27 JUL 2021   PM 3   L



⇔72650-066⇔
Honorable Cynthia M Rufe
601 Market ST
Phila, PA 19106
United States

RECEIVED
JUL 3 0 2021



19106-171464